

# THE THIRTEENTH COURT OF APPEALS

---

## 13-25-00078-CR

---

Tony Dwayne Clayton
v.
The State of Texas

---

On Appeal from the
90th District Court of Young County, Texas
Trial Court Cause No. CR12134

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the trial court's Order of Deferred Adjudication and Judgment Adjudicating Guilt should be vacated and the case remanded to the trial court. The Court orders the Order of Deferred Adjudication and Judgment Adjudicating Guilt VACATED and the case REMANDED for further proceedings consistent with its opinion.

We further order this decision certified below for observance.

October 30, 2025